# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# MOBILE DIVISION

| | | |
|---|---|---|
| **ALLISON WARREN, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **CIVIL ACTION NO.** |
| | ) | |
| v. | ) | **1:15-cv-00603-WS-M** |
| | ) | |
| **COOK SALES, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JOINT MOTION TO STAY PROCEEDINGS PENDING MEDIATION

Defendant Cook Sales, Inc. ("Cook") and Plaintiffs Allison Warren, Chester Dampier, Evelyn Clem and Sherri Mullinax (collectively "Plaintiffs") move the Court to stay proceedings, including ruling on the pending Motion for Conditional Certification, pending the outcome of mediation. In support of their Motion, the Parties show the Court as follows:

1. Plaintiffs filed their Complaint against Cook on November 24, 2015 alleging violations of the Fair Labor Standards Act ("FLSA") 29 U.S.C. § 201 et seq. (Doc. 3).

2. Plaintiffs filed a Motion for Conditional Certification and to Facilitate Notice on January 28, 2016. (Doc. 14).

3. Cook filed its Opposition to Plaintiffs' Motion for Conditional Certification on February 12, 2016.  (Doc. 21).

4. Plaintiffs filed their Response to Cook's Opposition on February 22, 2016.  (Doc. 23).

5. The Parties are scheduled to mediate this case on May 25, 2016 with Fern Singer.[1]

6. The Parties request the Court stay all proceedings and Court deadlines, including any hearing or ruling on the Motion for Conditional Certification, until after the Parties attempt to reach a resolution through mediation.

7. The Parties agree to promptly report to the Court if a resolution is reached through mediation.

8. The Parties seek this stay of proceedings jointly, and no party will be prejudiced if the stay is granted.

WHEREFORE, the Parties request the Court enter and Order staying all proceedings and Court deadlines pending the outcome of mediation to be held on May 25, 2016.

Dated:  March 9, 2016.

---

[1] The Parties made every effort to schedule the mediation with Ms. Singer for an earlier date, but because of scheduling conflicts among counsel for both Parties and Ms. Singer, it was not possible.

2435859_1

By: /s ***Robert F. Childs, Jr.***
    Robert F. Childs, Jr., Esq.
    Wiggins Childs Pantazis Fisher Goldfarb
    The Kress Building
    301 19th Street North
    Birmingham, AL 35203
    Telephone: (205) 328-0640
    rchilds@wigginschilds.com
    *Attorney for Plaintiffs*

By: /s ***Robert C. Epperson***
    Robert C. Epperson, Esq.
    P.O. Box 477
    Foley, AL 36536
    Telephone: (251) 943-8870
    repperson@rcelaw.com
    *Attorney for Plaintiffs*

By: /s ***Taffi S. Stewart***
    E. Britton Monroe (asb-1454-072e)
    Taffi S. Stewart (asb-0450-m72t)
    Michelle L. McClafferty (asb-0880-n10i)
    LLOYD, GRAY, WHITEHEAD & MONROE, P.C.
    2501 20th Place South, Suite 300
    Birmingham, Alabama 35223
    Phone: (205) 967-8822
    Fax: (205) 967-2380
    bmonroe@lgwmlaw.com
    tstewart@lgwmlaw.com
    mmcclafferty@lgwmlaw.com
    *Attorneys for Defendants Cook Sales, Inc., and Cook Portable Warehouses of Mississippi, LLC*

2435859_1