## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DIVISION OF ALABAMA

| | | |
|---|---|---|
| **ALLISON WARREN, CHESTER** | ) | |
| **DAMPIER, SHERRI MULLINAX,** | ) | |
| **AND EVELYN CLEM, individually** | ) | |
| **and on behalf of all others similarly** | ) | |
| **situated,** | ) | |
| | ) | |
| **PLAINTIFFS,** | ) | **CIVIL ACTION NO:** |
| | ) | |
| **V.** | ) | **1:15-cv-00603** |
| | ) | |
| **COOK SALES, INC.,** | ) | |
| **AND COOK PORTABLE** | ) | |
| **WAREHOUSES OF MISSISSIPPI,** | ) | |
| **LLC, d/b/a COOK PORTABLE** | ) | |
| **WAREHOUSES,** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

## NOTICE OF FILING TOLLING AGREEMENT

Comes now the Plaintiffs in the above matter, and give notice of filing the Parties' Tolling Agreement (Exhibit A) in the above matter.   Counsel for Defendants consents to the filing of this Notice.

Respectfully submitted, this the 11th day of March 2016.

/s/ Robert F. Childs, Jr.
Robert F. Childs, Jr.
WIGGINS, CHILDS, PANTAZIS,
FISHER & GOLDFARB, LLC
The Kress Building
301 19th Street N.
Birmingham, AL 35203
rchilds@wigginschilds.com
(205) 314-0500

/s/Robert C. Epperson
Robert C. Epperson
Attorney at Law
P.O. Box 477
Foley, AL 36536
repperson@rcelaw.com
(251) 943-8870

**Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 11th day of March, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following;

E. Britton Monroe
Taffi S. Stewart
LLOYD, GRAY, WHITEHEAD & MONROE, P.C.
2501 20th Place South, Suite 300
Birmingham, Alabama 35223

/s/ Robert C. Childs, Jr.
**OF COUNSEL**

3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION

**PLAINTIFF'S EXHIBIT**

**A**

| | | |
|---|---|---|
| **ALLISON WARREN, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **CIVIL ACTION NO.** |
| | ) | |
| **v.** | ) | **1:15-cv-00603-WS-M** |
| | ) | |
| **COOK SALES, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## TOLLING AGREEMENT

This Tolling Agreement ("Agreement") is entered into this __12ᵗʰ__ day of January, 2016, by and among COOK SALES, INC., identified in the Complaint as Cook Sales, Inc. and Cook Portable Warehouses of Mississippi d/b/a Cook Portable Warehouses ("Cook") and ALLISON WARREN, CHESTER DAMPIER, SHERRI MULLINAX, EVELYN CLEM and ALL SIMILARLY SITUATED SALES REPRESENTATIVES EMPLOYED BY COOK (collectively "Plaintiffs") (collectively "the Parties").

**WHEREAS,** Plaintiffs filed a Complaint against Cook which is pending in the United States District Court for the Southern District of Alabama, Case No. 1:15-cv-00603;

**WHEREAS**, Plaintiffs bring claims on behalf of themselves and all other similarly situated sales representatives employed by Cook within the last three (3) years and seek relief under the Fair Labor Standards Act ("FLSA") 29 U.S.C. § 201 *et seq*. ("Tolled Claims");

**WHEREAS**, counsel for Plaintiffs and Cook discussed possible settlement of the Tolled Claims and have agreed that further discussions are warranted;

**WHEREAS**, counsel for Plaintiffs and Cook agree that mediation may be fruitful;

**WHEREAS**, counsel for Plaintiffs and Cook have agreed that an investigation is necessary before the Parties mediate;

**WHEREAS**, the Parties wish to provide for a tolling of the statute of limitations from December 22, 2015 through 14 days following the conclusion of the mediation with respect to any FLSA claim that Plaintiffs have or might have against Cook;

**NOW, THEREFORE,** the Parties hereby knowingly, willingly, voluntarily, freely, with the advice of counsel and without any coercion enter into and agree to the following Tolling Agreement:

1.    For good and sufficient consideration, Cook agrees that with respect to any legal or equitable claims that Plaintiffs have or may have against Cook under the FLSA, that the statute of limitations applicable to those legal or equitable

2

2389236_1

claims shall be tolled from December 22, 2015, until 14 days after the conclusion of mediation ("the Tolling Period").

2.    This Agreement is not to be construed to nor is it intended to toll or suspend any statutes of limitation applicable to any other person's or entities' claims against Cook, other than Plaintiffs' FLSA claims.

3.    This Agreement is neither intended to nor shall it be construed to create or revive any legal or equitable claim which Plaintiffs have or may have against Cook which is already time barred by the statute of limitations prior the date this Agreement is executed.

4.    This Agreement is neither intended to nor shall it be construed or argued to relinquish, waive or release any available defense Cook has to Plaintiffs' claims, other than that the statute of limitations is temporarily tolled as set forth in this Agreement.

5.    The Parties agree Cook denies that it has engaged in conduct giving rise to any legal or equitable claims against them in favor of Plaintiffs.

6.    The Parties agree that Cook's consent to this Agreement is neither an admission of fault or liability by Cook nor shall be considered or construed to be an admission of fault or liability by Cook.

7.    Except to the extent necessary for issues related to the statute of limitations, the Parties agree that this Agreement is not admissible as evidence in

3

2389236_1

any future litigation, arbitration or any other dispute proceeding between the Parties.

8.      Should any Party to this Agreement be found by a court of competent jurisdiction to have breached this Agreement, the prevailing party shall be entitled to any and all court and litigation costs, including a reasonable attorney's fees, and litigation expense and cost incurred in enforcing this Agreement.

9.      This Agreement shall be governed by, construed and interpreted in accordance with the laws of the State of Alabama.

10.     This Agreement shall be construed in its entirety and according to its plain meaning.

11.     The Parties hereby agree this Agreement shall be construed as a product of negotiations at arm's length between equally sophisticated persons advised by counsel and shall not be construed against the Party who provided or drafted the Agreement.

12.     This Agreement supersedes any and all other or prior agreements relating to the statute of limitations, either in writing or oral, between the Parties with respect to the statute of limitations and any amendment of this Agreement must be in writing and signed by all Parties to this Agreement.

4

13.     The Parties expressly acknowledge their respective obligations under applicable law to preserve information in their possession, custody, or control that may be relevant to the Tolled Claims.

14.     This Agreement may be executed in two or more counterparts, each of which shall be deemed an original.  This Agreement may be executed by delivery of a facsimile copy of an executed signature page, or delivery via email of PDF or other electronic copy of an executed signature page, with the same force and effect as the delivery of an originally executed signature page.

15.     This Agreement shall be binding and shall insure to the benefit of the successors and assigns of the Parties.

16.     This Agreement may be terminated by either Party by providing written notice of the termination to the other Party and their counsel to the address below.

**IN WITNESS WHEREOF**, the undersigned have executed this Agreement on the 12ᵗʰ of January, 2016.

By: _Robert F. Childs_                           By: _____

Robert F. Childs, Jr., Esq.                      E. Britton Monroe (asb-1454-072e)
Wiggins Childs Pantazis Fisher                   Taffi S. Stewart (asb-0450-m72t)
Goldfarb                                         LLOYD, GRAY, WHITEHEAD & MONROE,
The Kress Building                               P.C.
301 19th Street North                            2501 20th Place South, Suite 300
Birmingham, AL 35203                             Birmingham, Alabama 35223
Telephone:  (205) 328-0640                       Phone:  (205) 967-8822
rchilds@wigginschilds.com                        Fax:  (205) 967-2380
                                                 bmonroe@lgwmlaw.com

2389236_1

Robert C. Epperson, Esq.
P.O. Box 477
Foley, AL 36536
Telephone:  (251) 943-8870
repperson@rcelaw.com
*Attorney for Plaintiffs*

tstewart@lgwmlaw.com
*Attorneys for Defendants Cook Sales,*
*Inc., and Cook Portable Warehouses of*
*Mississippi, LLC*

2389236_1