IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALLISON WARREN, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   CIVIL ACTION 15-0603-WS-M |
| | ) |
| COOK SALES, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

STIPULATED FINAL JUDGMENT

In accordance with the separate Order entered on this date, approving the parties' settlement under the Fair Labor Standards Act, it is **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** be, and the same hereby is, entered in favor of plaintiffs and against defendants, Cook Sales, Inc. and Cook Portable Warehouses of Mississippi, LLC, d/b/a Cook Portable Warehouses, jointly and severally, in the total amount of **$495,000.00**. It is further **ORDERED, ADJUDGED** and **DECREED** that this sum is to be allocated in the manner described in the separate Order entered on this date.

DONE and ORDERED this 23rd day of January, 2017.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE